# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: NowCasting Economics, LTD. v. Economic Alchemy LLC      Docket No.: 23-947

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Warren J. Thomas

Firm: Meunier Carlin & Curfman LLC

Address: 999 Peachtree Street NE, Suite 1300

Telephone: 404-645-7700      Fax: 404-645-7707

E-mail: wthomas@mcciplaw.com

Appearance for: Third Party Defendants/Third Party Appellees
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Mary Katherine Bates (formerly of Meunier Carlin & Curfman LLC) )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☑ I applied for admission on July 5, 2023.

Signature of Counsel: /s/ Warren J. Thomas

Type or Print Name: Warren J. Thomas