# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

---

**THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT**

| CASE TITLE | DISTRICT | DOCKET NUMBER |
|---|---|---|
| NOW-CASTING ECONOMICS, LTD. v. ECONOMIC ALCHEMY | SDNY | 16-CV-02442 |
| | **JUDGE** John P. Cronan | **APPELLANT** Economic Alchemy, Ltd. |
| | **COURT REPORTER** | **COUNSEL FOR APPELLANT** Ronald D. Coleman |

**Check the applicable provision:**

☐ I am ordering a transcript.

☑ I am not ordering a transcript.

**Reason for not ordering a transcript:**

☐ Copy is already available

☑ No transcribed proceedings

☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

**METHOD OF PAYMENT**   ☐ Funds   ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS

☑ OTHER (Specify in the space below):
N/A

**DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE)

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* **FRAP 10(b)**. I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

**COUNSEL'S SIGNATURE**
*/s/ Ronald D. Coleman*

**DATE**
July 31, 2023

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |

| SIGNATURE OF COURT REPORTER | DATE |
|---|---|
| | |

Revised June, 2017