## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: NowCasting Economics, LTD. v. Economic Alchemy LLC    Docket No.: 23-947

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jeremy M. Bylund

Firm: King & Spalding LLP

Address: 1700 Pennsylvania Avenue NW, Washington, DC 20006

Telephone: (202) 737-0500    Fax: (202) 626-3737

E-mail: jbylund@kslaw.com

Appearance for: Please see attached
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Warren Thomas / Meunier Carlin & Curfman LLC )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 01/06/2020    OR

☐ I applied for admission on _____.

Signature of Counsel: /s/Jeremy M. Bylund

Type or Print Name: Jeremy M. Bylund

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
# NOTICE OF APPEARANCE FOR SUBSTITUTE COUNSEL
## Addendum

*NowCasting Economics, LTD. v. Economic Alchemy LLC*, No. 23-947

Jeremy M. Bylund appearing for:

    *Appellees:*

Federal Reserve Bank of New York, *Plaintiff-Appellee*

Federal Reserve Bank of San Francisco, *Defendant-Appellee*

Federal Reserve Bank of Chicago, *Defendant-Appellee*

Federal Reserve Bank of Philadelphia, *Defendant-Appellee*

Federal Reserve Bank of Boston, *Defendant-Appellee*

Federal Reserve Bank of Atlanta, *Defendant-Appellee*

Federal Reserve Bank of Minneapolis, *Defendant-Appellee*

Federal Reserve Bank of Dallas, *Defendant-Appellee*

Federal Reserve Bank of Richmond, *Defendant-Appellee*

Federal Reserve Bank of Kansas City, *Defendant-Appellee*

Federal Reserve Bank of Cleveland, *Defendant-Appellee*

Federal Reserve Bank of St. Louis, *Defendant-Appellee*