UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 23-947 _____   _____ Caption [use short title] _____

Motion for: Extension of time (nunc pro tunc) to file opening brief

_____

Set forth below precise, complete statement of relief sought:

Appellant seeks an extension of time to file its opening brief of 30 days nunc pro tunc, with a new deadline of October 11, 2023

NowCasting Economics, LTD.

v.

Economic Alchemy LLC

MOVING PARTY: NowCasting Economics,   OPPOSING PARTY: _____

☐ Plaintiff     ☐ Defendant

☑ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: Ronald D. Coleman   OPPOSING ATTORNEY: _____

Dhillon Law Group

973-298-1723

rcoleman@dhillonlaw.com

[name of attorney, with firm, address, phone number and e-mail]

Court- Judge/ Agency appealed from: SDNY / Hon. John P. Cronan, USDJ

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain): _____
_____

Opposing counsel's position on motion:
☐ Unopposed   ☐ Opposed   ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☑ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: _____
_____
_____
_____
_____

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No If yes, enter date: _____

Signature of Moving Attorney:

_____ Date: Sept. 21, 2023   Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

No. 23-947

_____

IN THE

# UNITED STATES COURT OF APPEALS

## FOR THE SECOND CIRCUIT

_____

NOWCASTING ECONOMICS, LTD.,

*Plaintiff-Appellee*,

v.

ECONOMIC ALCHEMY LLC,

*Defendant-Appellant*.

_____

**ECONOMIC ALCHEMY LLC'S MOTION TO EXTEND TIME FOR FILING ITS OPENING BRIEF *NUNC PRO TUNC***

Ronald D. Coleman
DHILLON LAW GROUP, INC.
50 Park Place, Suite 1105
Newark, NJ 07102
973-298-1723
rcoleman@dhillonlaw.com
*Attorneys for Appellant*
*Economic Alchemy LLC*

## ECONOMIC ALCHEMY LLC'S MOTION TO EXTEND TIME FOR FILING ITS OPENING BRIEF *NUNC PRO TUNC*

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Second Circuit Local Rule 27.1(b) and (d), Defendant-Appellant  Economic Alchemy LLC ("EA") respectfully moves for an extension of time. *nunc pro tunc*, to file its opening brief.

EA's Opening Brief was originally due on September 11, 2023. There is good cause for the requested extension.  EA requests an extension up to and including October 11, 2023 by which to file its Opening Brief, a 30-day enlargement of time because unexpected developments in a matter pending in the Southern District of New York, set forth more specifically in the attached Declaration of counsel, as well as the religious holidays schedule have prevented Appellant from preparing and submitting its brief. EA has not previously moved this Court for an extension of time for this appeal.

Because good cause exists for the extension, EA requests that the Court grant its motion for a 30-day extension of time, *nunc pro tunc*, for EA to file its Opening Brief, up to and including  October 11, 2023.

1

Respectfully submitted,

DHILLON LAW GROUP, INC.

By: _____
      Ronald D. Coleman

50 Park Place, Suite 1105
Newark, NJ 07102
973-298-1723
rcoleman@dhillonlaw.com
*Attorneys for Defendan-Appellant*
*Economic Alchemy LLC*

Dated: September 20, 2023

## DECLARATION OF RONALD D. COLEMAN

I, Ronald D. Coleman, hereby declare as follows:

1. I am a partner with the Dhillon Law Group, counsel for Defendant-Appellant Economic Alchemy, LLC ("EA") in this case, and a member of the bar of this Court. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath. I make this declaration in support of Appellant's Motion to Extend Time for Filing Opening Brief.

2. EA has not previously sought any extension of time for filing his Opening Brief.

3. EA's Opening Brief was originally due on September 11, 2023.

4. EA requests an extension up to and including October 11, 2023 by which to file its Opening Brief, a 30-day enlargement of time that is requested as a result of unexpected developments in a matter pending in the Southern District of New York.

5. This matter was scheduled, on short order, for a final pretrial conference on September 11, 2023 and for a jury trial beginning September 18, 2023, necessitating devotion of time and resources both for the preparation of pretrial submissions and in connection with intensive negotiations to settle the matter, as

well as responding to several pretrial motions as well as an order to show cause application by our client's adversary.

6.   All this took place on the eve of the Rosh Hashana holiday and followed on a required cross-country journey to attend a motion hearing and a deposition in a matter pending in the Central District of California.

6.  As a result of these events, the undersigned, due to distraction and exhaustion, failed to seek an extension of time to file Appellant's brief in a timely manner.   Moreover, because of the upcoming religious holidays, it would be particularly difficult to do so prior to the date requested.

7.  I am not aware of any substantive prejudice that would be suffered by any other party to this appeal as a result of the granting of this order.

I declare under the penalty of perjury that the foregoing is true and correct.


_____
RONALD D. COLEMAN

Executed on September 20, 2023

4

**PROPOSED ORDER**

Upon consideration of Economic Alchemy LLC's Motion to Extend Time for Filing Opening Brief *Nunc Pro Tunc*,

IT IS ORDERED THAT:

The motion is granted. The time for filing EA Brands, Inc.'s Opening Brief shall be extended *nun pro tunc* by 30 days, up to and including October 11, 2023.

So Ordered.

_____