## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: NowCasting Economics, LTD. v. Economic Alchemy LLC       Docket No.: 23-947

Lead Counsel of Record (name/firm) or Pro se Party (name): Jeremy M. Bylund / King & Spalding LLP

Appearance for (party/designation): Please see attached

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
(✓) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
( ) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
        Parties: _____
(✓) Incorrect.   Please change the following parties' designations:

| Party | Correct Designation |
|---|---|
| Federal Reserve Bank of New York | Third-Party-Defendant-Appellee |

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____     Fax: _____
Email: _____

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 01/06/2020 ____ OR that ( ) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/Jeremy M. Bylund
Type or Print Name: Jeremy M. Bylund
       OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE
### Addendum

*NowCasting Economics, LTD. v. Economic Alchemy LLC*, No. 23-947

**Jeremy M. Bylund** appearing for:

*Third-Party-Appellees:*

Federal Reserve Bank of New York, *Plaintiff-Appellee*

Federal Reserve Bank of San Francisco, *Defendant-Appellee*

Federal Reserve Bank of Chicago, *Defendant-Appellee*

Federal Reserve Bank of Philadelphia, *Defendant-Appellee*

Federal Reserve Bank of Boston, *Defendant-Appellee*

Federal Reserve Bank of Atlanta, *Defendant-Appellee*

Federal Reserve Bank of Minneapolis, *Defendant-Appellee*

Federal Reserve Bank of Dallas, *Defendant-Appellee*

Federal Reserve Bank of Richmond, *Defendant-Appellee*

Federal Reserve Bank of Kansas City, *Defendant-Appellee*

Federal Reserve Bank of Cleveland, *Defendant-Appellee*

Federal Reserve Bank of St. Louis, *Defendant-Appellee*

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE
### Addendum

*NowCasting Economics, LTD. v. Economic Alchemy LLC*, No. 23-947

**Caption** as indicated is incorrect. The corrected caption should be:

Now-Casting Economics, LTD., Plaintiff-Counter-Defendant - Appellee,

v.

Economic Alchemy LLC, Defendant-Counter-Claimant-Third-Party-Plaintiff-Third-Party-Defendant-Counter-Claimant-Third-Party-Plaintiff-Appellant,

v.

Federal Reserve Bank of New York, Federal Reserve Bank of San Francisco, Federal Reserve Bank of Chicago, Federal Reserve Board of Governors, Federal Reserve Bank of Philadelphia, Federal Reserve Bank of Boston, Federal Reserve Bank of Atlanta, Federal Reserve Bank of Minneapolis, Federal Reserve Bank of Dallas, Federal Reserve Bank of Richmond, Federal Reserve Bank of Kansas City, Federal Reserve Bank of Cleveland, Federal Reserve Bank of St. Louis, Third-Party-Defendant-Appellees.