# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of September, two thousand twenty-three.

Before:     William J. Nardini,
                *Circuit Judge,*

---

Now-Casting Economics, LTD.,

  Plaintiff-Counter-Defendant - Appellee,

v.

Economic Alchemy LLC,

  Defendant-Counter-Claimant-Third-Party-Plaintiff-Third-Party-Defendant-Counter-Claimant-Third-Party-Plaintiff-Appellant,

v.

Federal Reserve Bank of New York,

  Third-Party-Plaintiff-Third-Party-Defendant-Appellee,

Federal Reserve Bank of San Francisco, Federal Reserve Bank of Chicago, Federal Reserve Board of Governors, Federal Reserve Bank of Philadelphia, Federal Reserve Bank of Boston, Federal Reserve Bank of Atlanta, Federal Reserve Bank of Minneapolis, Federal Reserve Bank of Dallas, Federal Reserve Bank of Richmond, Federal Reserve Bank of Kansas City, Federal Reserve Bank of Cleveland, Federal Reserve Bank of St. Louis,

  Third-Party-Defendant-Appellees.

**ORDER**

Docket No. 23-947

---

    Appellant Economic Alchemy LLC moves for a 30-day extension of time, *nunc pro tunc*, to file its opening brief.

  IT IS HEREBY ORDERED that the motion is GRANTED. Appellant's brief and the appendix are due October 11, 2023. No further extensions will be granted.

            For the Court:

            Catherine O'Hagan Wolfe,
            Clerk of Court