**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: NowCasting Economics, LTD. v. Economic Alchemy LLC     Docket No.: 23-947

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Zoe M. Beiner

Firm: King & Spalding LLP

Address: 1700 Pennsylvania Avenue NW, Washington, DC 20006

Telephone: (202) 737-0500     Fax: (202) 626-3737

E-mail: zbeiner@kslaw.com

Appearance for: Please see attached
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☑ Substitute counsel (replacing other counsel: Lisa C. Pavento / Meunier Carlin & Curfman LLC )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 09/26/2023     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Zoe M. Beiner

Type or Print Name: Zoe M. Beiner

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## NOTICE OF APPEARANCE FOR SUBSTITUTE COUNSEL
**Addendum**

*NowCasting Economics, LTD. v. Economic Alchemy LLC*, No. 23-947

Zoe M. Beiner appearing for:

    *Appellees:*

Federal Reserve Bank of New York, *Plaintiff-Appellee*

Federal Reserve Bank of San Francisco, *Defendant-Appellee*

Federal Reserve Bank of Chicago, *Defendant-Appellee*

Federal Reserve Bank of Philadelphia, *Defendant-Appellee*

Federal Reserve Bank of Boston, *Defendant-Appellee*

Federal Reserve Bank of Atlanta, *Defendant-Appellee*

Federal Reserve Bank of Minneapolis, *Defendant-Appellee*

Federal Reserve Bank of Dallas, *Defendant-Appellee*

Federal Reserve Bank of Richmond, *Defendant-Appellee*

Federal Reserve Bank of Kansas City, *Defendant-Appellee*

Federal Reserve Bank of Cleveland, *Defendant-Appellee*

Federal Reserve Bank of St. Louis, *Defendant-Appellee*

# Exhibit A



999 Peachtree Street NE | Suite 1300, Atlanta, GA 30309
O: 404-645-7700   F: 404-645-7707   mcciplaw.com

Lisa C. Pavento
Direct 678.869.7752
lpavento@mcciplaw.com

September 26, 2023

**VIA CM/ECF**

Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE: Consent of Lisa C. Pavento to Substitution of Counsel in
*NowCasting Economics, LTD. v. Economic Alchemy LLC*; Docket # 23-947

Dear Sir/Madam:

I am currently listed as counsel for all twelve Third-Party Defendants/Appellees Federal Reserve Banks[1] in the above-styled action.

On September 18, 2023, the Court accepted a notice of substitution to replace Warren J. Thomas of Meunier Carlin & Curfman LLC with Mr. Jeremy Bylund of the firm King & Spalding LLP.  Mr. Bylund is now acting as lead counsel for the Banks in this appeal.

I understand that a notice of appearance/substitution will be filed to replace me with Zoe Beiner of King & Spalding LLP.

**I provide consent to the substitution of Zoe Beiner of King & Spalding LLP as counsel** on behalf of the Banks. After Ms. Beiner's substitution is accepted by the Court, I ask that the Clerk remove me from this action.

If you have any questions or need any further information, please do not hesitate to contact me.

---

[1] Federal Reserve Bank of Atlanta, Federal Reserve Bank of Boston, Federal Reserve Bank of Chicago, Federal Reserve Bank of Cleveland, Federal Reserve Bank of Dallas, Federal Reserve Bank of Kansas City, Federal Reserve Bank of Minneapolis, Federal Reserve Bank of New York, Federal Reserve Bank of Philadelphia, Federal Reserve Bank of Richmond, Federal Reserve Bank of St. Louis, and Federal Reserve Bank of San Francisco (hereinafter "Banks").



Very truly yours,

Lisa C. Pavento
Principal

LCP/MAC