

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

**BY ECF**  September 28, 2023

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *NowCasting Economics, Ltd. v. Economic Alchemy LLC*, No. 23-947

Dear Ms. Wolfe:

This Office has received a notice of the docketing of the above-named appeal, in which I am listed as counsel of record for third-party defendant-appellee Board of Governors of the Federal Reserve System ("Board of Governors"). The appellant appeals from an Order of the United States District Court for the Southern District of New York dismissing an action in which the Board of Governors was never served and never appeared. Accordingly, the Board of Governors does not intend to participate in the appeal unless requested to do so by the Court, and respectfully requests that it no longer be designated as an "appellee."

Nevertheless, for the limited purpose of complying with this Court's Local Rule 12.3, I am presently filing a Notice of Appearance. This letter and Notice of Appearance should not be deemed a waiver of any defense, including lack of service.

Please do not hesitate to contact me if you have any questions concerning this matter.

      Very truly yours,

      DAMIAN WILLIAMS
      United States Attorney

      by: _____/s/_____
      BENJAMIN H. TORRANCE
      Chief Appellate Attorney, Civil Division
      Telephone: (212) 637-2703

cc:    Counsel of record (by ECF)