# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: NowCasting Economics, Ltd. v. Economic Alchemy LLC      Docket No.: 23-947

Lead Counsel of Record (name/firm) or Pro se Party (name): Benjamin H. Torrance, United States Attorney's Office, Southern District of New York

Appearance for (party/designation): Federal Reserve Board of Governors, defendant-appellee
(for limited purpose of complying with Local Rule 12.3)

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
( ) Correct
(✓) Incorrect. The following parties do not wish to participate in this appeal:
    Parties: Federal Reserve Board of Governors
( ) Incorrect. Please change the following parties' designations:
    Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete, and should be amended as follows:

Name:
Firm:
Address:
Telephone:                              Fax:
Email:

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are:

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are:

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on Jan. 3, 2020     OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/
Type or Print Name: Benjamin H. Torrance
        OR
Signature of pro se litigant:
Type or Print Name:
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.