# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of October, two thousand twenty-three.

Before:    William J. Nardini,
                  *Circuit Judge,*

---

Now-Casting Economics, LTD.,

    Plaintiff-Counter-Defendant - Appellee,

v.

Economic Alchemy LLC,

    Defendant-Counter-Claimant-Third-Party-Plaintiff-Third-Party-Defendant-Counter-Claimant-Third-Party-Plaintiff-Appellant,

v.

Federal Reserve Bank of New York,

    Third-Party-Plaintiff-Third-Party-Defendant-Appellee,

Federal Reserve Bank of San Francisco, Federal Reserve Bank of Chicago, Federal Reserve Board of Governors, Federal Reserve Bank of Philadelphia, Federal Reserve Bank of Boston, Federal Reserve Bank of Atlanta, Federal Reserve Bank of Minneapolis, Federal Reserve Bank of Dallas, Federal Reserve Bank of Richmond, Federal Reserve Bank of Kansas City, Federal Reserve Bank of Cleveland, Federal Reserve Bank of St. Louis,

    Third-Party-Defendant-Appellees.

**ORDER**

Docket No. 23-947

---

    Appellant moves for an extension of time to October 16, 2023 to file the opening brief and joint appendix.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court