# No. 23-947

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

NOW-CASTING ECONOMICS, LTD.,
*Plaintiff-Counter-Defendant-Appellee,*

v.

ECONOMIC ALCHEMY LLC,
*Defendant-Counter-Claimant-Third-Party-Plaintiff-Third-Party-Defendant-Counter-Claimant-Third-Party-Plaintiff-Appellant,*

v.

FEDERAL RESERVE BANK OF NEW YORK,
*Third-Party-Plaintiff-Third-Party-Defendant-Appellee,*

FEDERAL RESERVE BANK OF SAN FRANCISCO, FEDERAL RESERVE BANK OF CHICAGO, FEDERAL RESERVE BANK OF GOVERNORS, FEDERAL RESERVE BANK OF PHILADELPHIA, FEDERAL RESERVE BANK OF BOSTON, FEDERAL RESERVE BANK OF ATLANTA, FEDERAL RESERVE BANK OF MINNEAPOLIS, FEDERAL RESERVE BANK OF DALLAS, FEDERAL RESERVE BANK OF RICHMOND, FEDERAL RESERVE BANK OF KANSAS CITY, FEDERAL RESERVE BANK OF CLEVELAND, FEDERAL RESERVE BANK OF ST. LOUIS,
*Third-Party-Defendant-Appellees.*

On Appeal from the United States District Court for the Southern District of New York, No. 18-cv-2442, Hon. John P. Cronan, U.S. District Judge

**RULE 42 STIPULATED DISMISSAL OF
ELEVEN FEDERAL RESERVE BANKS FROM APPEAL**

The undersigned parties hereby agree to the stipulated dismissal with prejudice of eleven Federal Reserve Banks from the appeal: Federal Reserve Bank of San Francisco, Federal Reserve Bank of Chicago, Federal Reserve Bank of Philadelphia, Federal Reserve Bank of Boston, Federal Reserve Bank of Atlanta, Federal Reserve Bank of Minneapolis, Federal Reserve Bank of Dallas, Federal Reserve Bank of Richmond, Federal Reserve Bank of Kansas City, Federal Reserve Bank of Cleveland, Federal Reserve Bank of St. Louis.  The Federal Reserve Bank of New York will remain in the case.

The parties agree to bear their own costs as to the appeal related to these eleven Federal Reserve Banks.

Respectfully submitted,

Dated: November 2, 2023

Jeremy M. Bylund
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 737-0500
jbylund@kslaw.com

*Counsel for Appellees Federal Reserve Bank of New York, Federal Reserve Bank of San Francisco, Federal Reserve Bank of Chicago, Federal Reserve Bank of Philadelphia, Federal Reserve Bank of Boston, Federal Reserve Bank of Atlanta, Federal Reserve Bank of Minneapolis, Federal Reserve Bank of Dallas, Federal Reserve Bank of Richmond, Federal Reserve Bank of Kansas City, Federal Reserve Bank of Cleveland, Federal Reserve Bank of St. Louis*

Dated: November 2___, 2023

Ronald D. Coleman
DHILLON LAW GROUP INC.
50 Park Place
Suite 1105
Newark, NJ 07102
(347) 996-4840
rcoleman@dhillonlaw.com

*Counsel for Appellant*
*Economic Alchemy LLC*

Dated: November 2, 2023

/s/ Brian A. Katz
Brian A. Katz
OLSHAN FROME
WOLOSKY LLP
1325 Avenue of the Americas
New York, NY 10019
(212) 451-2300
bkatz@olshanlaw.com

*Counsel for Appellee*
*Now-Casting Economics, LTD.*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that:

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2), because it contains 110 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point font.

Dated: November 2, 2023

*/s/Jeremy M. Bylund*
Jeremy M. Bylund

*Counsel for Appellees Federal Reserve Bank of New York, Federal Reserve Bank of San Francisco, Federal Reserve Bank of Chicago, Federal Reserve Bank of Philadelphia, Federal Reserve Bank of Boston, Federal Reserve Bank of Atlanta, Federal Reserve Bank of Minneapolis, Federal Reserve Bank of Dallas, Federal Reserve Bank of Richmond, Federal Reserve Bank of Kansas City, Federal Reserve Bank of Cleveland, Federal Reserve Bank of St. Louis*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 2, 2023, an electronic copy of the foregoing was filed with the Clerk of Court using the ECF system and thereby served upon all counsel appearing in this case.

*/s/Jeremy M. Bylund*
Jeremy M. Bylund

*Counsel for Appellees Federal Reserve Bank of New York, Federal Reserve Bank of San Francisco, Federal Reserve Bank of Chicago, Federal Reserve Bank of Philadelphia, Federal Reserve Bank of Boston, Federal Reserve Bank of Atlanta, Federal Reserve Bank of Minneapolis, Federal Reserve Bank of Dallas, Federal Reserve Bank of Richmond, Federal Reserve Bank of Kansas City, Federal Reserve Bank of Cleveland, Federal Reserve Bank of St. Louis*