# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of November, two thousand twenty-three,

| | |
|---|---|
| Now-Casting Economics, LTD., | **ORDER** |
|     Plaintiff-Counter-Defendant - Appellee, | Docket No. 23-947 |
| v. | |
| Economic Alchemy LLC, | |
|     Defendant-Counter-Claimant-Third-Party-Plaintiff-Third-Party-Defendant-Counter-Claimant-Third-Party-Plaintiff-Appellant, | |
| v. | |
| Federal Reserve Bank of New York, | |
|     Third-Party-Plaintiff-Third-Party-Defendant-Appellee, | |
| Federal Reserve Bank of San Francisco, Federal Reserve Bank of Chicago, Federal Reserve Board of Governors, Federal Reserve Bank of Philadelphia, Federal Reserve Bank of Boston, Federal Reserve Bank of Atlanta, Federal Reserve Bank of Minneapolis, Federal Reserve Bank of Dallas, Federal Reserve Bank of Richmond, Federal Reserve Bank of Kansas City, Federal Reserve Bank of Cleveland, Federal Reserve Bank of St. Louis, | |
|     Third-Party-Defendant-Appellees. | |

    A mandate issued in error on in the above-referenced case.

IT IS HEREBY ORDERED that the mandate in this case is recalled and the appeal is reinstated.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court