# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of December, two thousand twenty-three.

Before:     William J. Nardini,
              *Circuit Judge,*

_____

Now-Casting Economics, LTD.,

    Plaintiff-Counter-Defendant - Appellee,

v.

Economic Alchemy LLC,

    Defendant-Counter-Claimant-Third-Party-Plaintiff-Third-Party-Defendant-Counter-Claimant-Third-Party-Plaintiff-Appellant,

v.

Federal Reserve Bank of New York,

    Third-Party-Plaintiff-Third-Party-Defendant-Appellee,

Federal Reserve Board of Governors,

    Third-Party-Defendant-Appellees.
_____

**ORDER**

Docket No. 23-947

    Appellee Now-Casting Economics, LTD. moves for an extension of time to January 12, 2024 to file its response brief.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                       For the Court:
                                       Catherine O'Hagan Wolfe,
                                       Clerk of Court